UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 17-06551 JAK (RAO) | Date: | July 13, 2018 |
| Title: | Haronie J. Joseph v. Nancy A. Berryhill | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On September 6, 2017, Plaintiff Haronie J. Joseph filed a Complaint seeking review of the Social Security Administration's decision denying disability benefits. Pursuant to the Court's September 12, 2017 order, Plaintiff was required to file a motion for summary judgment or remand no later than May 13, 2018. To date, Plaintiff has not filed her motion.

Accordingly, **Plaintiff is ordered to show cause, in writing, no later than July 27, 2018,** why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, Plaintiff may discharge this Order by filing her motion on or before this deadline.

**Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**If Plaintiff does not wish to proceed with this matter, she may expedite matters by signing and returning the attached Notice of Dismissal by July 27, 2018, which will result in the voluntary dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

Attachment.

: dl
Initials of Preparer