# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARONIE J. JOSEPH,<br><br>                Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Operations of Social Security,<br>                Defendant. | Case No. CV 17-06551-JAK (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is **DISMISSED** with prejudice.

DATED: August 24, 2018        _____
                                                       JOHN A. KRONSTADT
                                                       UNITED STATES DISTRICT JUDGE