# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARONIE J. JOSEPH,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Operations of Social Security,<br><br>Defendant. | Case No. CV 17-06551-JAK (RAO)<br><br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED with prejudice, and this action is dismissed.

DATE: August 24, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE